E. L. FLOYD, PETITIONER-RESPONDENT, v. CAMPBELL FOUNDRY COMPANY, *ET AL.*, RESPONDENTS-PETITIONERS AND REMCO INDUSTRIES, *ET AL.*, RESPONDENTS-RESPONDENTS.

*Messrs. Vaccaro & Osborne* for the petitioners.

*Messrs. Schneider & Morgan, Mr. William F. Perry, Messrs. Brass & Brass, Messrs. Schreiber & Lancaster,* and *Mr. Gerald W. Conway* for the respondents.

June 30, 1967. Denied.

BESSIE DE ROSA, PLAINTIFF-PETITIONER, v. ESTHER TOMKINS, DEFENDANT-RESPONDENT.

*Messrs. Parsons, Canzona, Blair & Warren, Mr. Thomas J. Smith, Jr.* and *Mr. William G. Bassler* for the petitioner.

*Messrs. Carton, Nary, Witt & Arvanitis* for the respondent.

June 30, 1967. Denied.